IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145609, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:13-CV-950-WHA |
| | ) |
| MARY B. ROBERSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In the complaint filed herein, the plaintiff alleges that the defendants are denying him access to the court by failing to provide him copies of documents he deems necessary to the prosecution of a Rule 32 petition filed with the Circuit Court of Lee County, Alabama on October 13, 2013.  The plaintiff seeks issuance of a preliminary injunction requiring that the state court's circuit clerk, defendant Mary B. Roberson, provide him copies of the remaining 32 pages of his most recent Rule 32 petition and all exhibits attached to such petition.  *Complaint - Doc. No. 1-1* at 3.  The court construes this request as a motion for preliminary injunction.  Accordingly, it is

ORDERED that on or before January 30, 2014 the defendants shall show cause why this motion should not be granted.  The Clerk is DIRECTED to serve a copy of the complaint, affidavit in support thereof and this order on each of the defendants and the Attorney General for the State of Alabama.

Done this 9th day of January, 2014.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE