IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145609, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:13-cv-0950-TMH |
| ) | WO |
| MARY B. ROBERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

TMH **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #22) to the Recommendation of the Magistrate Judge filed on February 20, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #16) entered on February 6, , 2014 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 5th day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE